ROSETTA BATES ROBINSON
P.O. BOX 453
LIBERTY, MS 39645

SW MS REG CR
212 THIRD STREET
MC COMB, MS 39649

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

TOWER LOAN
ATTN: BANKRUPTCY
PO BOX 320001
FLOWOOD, MS 39232

21ST MORTGAGE CORP
ATTN: BANKRUPTCY
620 MARKET STREET
KNOXVILLE, TN 37902

TRANSWORLD SYSTEM INC.
P.O. BOX 15273
WILMINGTON, DE 19850

AMERICAN CREDIT ACCEPT
ATTN: BANKRUPTCY
961 E MAIN ST, FL 2
SPARTANBURG,, SC 29302

VERIZON WIRELESS
ATTN: BANKRUPTCY
500 TECHNOLOGY DR
 STE 599
WELDON SPRINGS, MO 63304

CAPITAL ONE
ATTN: BANKRUPTCY
P.O. BOX 30285
SALT LAKE CITY, UT 84130

CREDIT COLLECTION SERV
ATTN: BANKRUPTCY
725 CANTON ST
NORWOOD, MA 02062

DERRICK ROBINSON
38678 RED BUD LANE
DENHAM SPRINGS, LA 70706

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON, MS 39225-2808

PORTFOLIO RECOVERY
ATTN: BANKRUPTCY
120 CORPORATE BLVD
NORFOLK, VA 23502