United States Bankruptcy Court
Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 25-01663-KMS |
| Rosetta Bates Robinson | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Aug 28, 2025 | Form ID: n031 | Total Noticed: 15 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rosetta Bates Robinson, P.O. Box 453, Liberty, MS 39645-0453 |
| 5531262 | + | Derrick Robinson, 38678 Red Bud Lane, Denham Springs, LA 70706-0479 |
| 5556573 | + | PIKE COUNTY BOARD OF SUPERVISORS, DBA PIKE COUNTY SOLID WASTE, C/O DONALD H. JONES, SR., P.A., PO BOX 1104, MCCOMB, MS 39649-1104 |
| 5531265 | + | Sw Ms Reg Cr, 212 Third Street, Mc Comb, MS 39648-4102 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5531258 | | Email/Text: ebn@21stmortgage.com | Aug 28 2025 19:54:00 | 21st Mortgage Corporation, P.O. Box 477, Knoxville, TN 37901 |
| 5531259 | + | Email/Text: bankruptcy@acacceptance.com | Aug 28 2025 19:54:00 | American Credit Acceptance, 961 East Main Street, Spartanburg,, SC 29302-2149 |
| 5531260 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 28 2025 20:22:34 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5531261 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 28 2025 19:54:00 | Credit Collection Serv, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 5531263 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | Aug 28 2025 19:54:00 | Mississippi Department of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5543053 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 28 2025 20:23:02 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 5531264 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 28 2025 20:22:34 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5538983 | | Email/PDF: bncnotices@becket-lee.com | Aug 28 2025 20:22:36 | Synchrony fka Allegro Credit, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 5531266 | | Email/Text: bankruptcy@towerloan.com | Aug 28 2025 19:54:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5531267 | + | Email/Text: bankruptcydepartment@tsico.com | Aug 28 2025 19:54:00 | Transworld System Inc., P.O. Box 15273, Wilmington, DE 19850-5273 |
| 5531268 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 28 2025 19:54:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 599, Weldon Springs, MO 63304-2225 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Aug 28, 2025 | Form ID: n031 | Total Noticed: 15 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2025　　　　　　　　　　Signature:　　　/s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2025 at the address(es) listed below:**

**Name**　　　　　　　　　　**Email Address**

David Rawlings
　　ecfnotices@rawlings13.net  sduncan@rawlings13.net

Thomas Carl Rollins, Jr
　　on behalf of Debtor Rosetta Bates Robinson trollins@therollinsfirm.com
　　jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
　　USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 3

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−01663−KMS
**Chapter:** 13

**In re:**

Rosetta Bates Robinson
aka Rosetta Robinson
P.O. Box 453
Liberty, MS 39645

### Notice of Entry of Order Confirming Plan

The Court entered an Order on August 28, 2025 (Dkt. # 18 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

| Jackson Office: | Gulfport Office: |
|---|---|
| Clerk, U.S. Bankruptcy Court | Clerk, U.S. Bankruptcy Court |
| Southern District of Mississippi | Southern District of Mississippi |
| Thad Cochran U.S. Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 East Court Street, Suite 2.300 | 2012 15th Street, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |
| 601−608−4600 | 228−563−1790 |

Dated: August 28, 2025                                    Danny L. Miller, Clerk of Court